UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                          MEMORANDUM AND ORDER

                Plaintiff,             CV 99-8562

      -against-                     (Wexler, J.)

RENEE CABRERA aka
RENEE A. CABRERA

                Defendant.
----------------------------------------------------------X
APPEARANCES:

    Mullen & Iannarone, P.C.
    By: Liberatore J. Iannarone, Esq.
    300 E. Main Street
    Smithtown, NY 11787

    Renee Cabrera
    107 Debevoise Avenue
    Roosevelt, New York 11575

WEXLER, J.

       This is a case commenced by the United States to collect on a student loan. In the course of the proceedings it became clear that the debt forming the basis of the action was properly discharged, and the Defendant Renee Cabrera should be relieved of the obligation to pay the loan. Counsel for the United States thereafter filed a Satisfaction of Judgment.

       Defendant has submitted correspondence to the court indicating that the docket in this case should reflect the debt as "discharged," not, "satisfied." The Court agrees. Accordingly, the Clerk of the Court is hereby directed to correct the docket in this matter to reflect the fact that the

debt referred to was discharged, rather than satisfied.

SO ORDERED.

/s/ LEONARD D. WEXLER
LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
September 29, 2009